SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUN 16 PM 4: 20

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE FINLEY JR.,<br><br>Defendant. | 8:15CR183<br><br>INDICTMENT<br>18 U.S.C. § 922(g)(3) |

The Grand Jury Charges:

## COUNT I

On or about April 23, 2015, in the District of Nebraska, JERMAINE FINLEY JR., Defendant herein, then being an unlawful user of or addicted to a controlled substance, to wit, marijuana, a Schedule I controlled substance, knowingly possessed in and affecting commerce, a firearm, to wit, a .223 cal Bushmaster XM15-E2S rifle, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MEREDITH B. TYRAKOSKI
Assistant United States Attorney