IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERMAINE FINLEY, JR.,

        Defendant.

**WITNESS LIST**

Case No.   8:15CR183
Deputy:    Sara Pankoke
Reporter:  Digital Recorder
Date:      June 30, 2015

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Donald Mann | June 30, 2015 |
| Rovance L. Lewis | June 30, 2015 |
| Adam Kruse | June 30, 2015 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Keianna Marion | June 30, 2015 |
|  |  |