IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:15CR183 |
| | ) | |
| JERMAINE FINLEY, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's Motion to Continue [30] the previously scheduled evidentiary hearing. The government has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [23] will be continued.

**IT IS ORDERED:**

1. The defendant's Motion to Continue [30] is granted; and

2. The evidentiary hearing on the Motion to Suppress [23] is continued to **October 7, 2015 at 9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of September, 2015.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge